ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    Email: Daniel.Layton@usdoj.gov

Attorneys for Petitioner
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. |
| Petitioner, | [Proposed] Order to Show Cause |
| vs. | |
| Joel R. Baker, | |
| Respondent. | |

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration in Support of Petition to Enforce Internal Revenue Service Summons, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service (IRS) summons.  See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964).

Therefore, **IT IS ORDERED** that Respondent appear before this District Court of the United States for the Central District of California, at the following address on specified dated and time, and show cause why the testimony and

1  production of books, papers, records, and other data demanded in the subject IRS
2  summons should not be compelled:
3  Date:            Monday, July 26, 2010
4  Time:            2:30 PM
5  Courtroom:       880
6  Address:         ☐ United States Courthouse
7                   312 N. Spring Street, Los Angeles, California, 90012
8                   ☒ Roybal Federal Building and United States Courthouse
9                   255 E. Temple Street, Los Angeles, California, 90012
10                  ☐ Ronald Reagan Federal Building and United States Courthouse
11                  411 West Fourth Street, Santa Ana, California, 92701
12                  ☐ Brown Federal Building and United States Courthouse
13                  3470 Twelfth Street, Riverside, California, 92501
14
15         **IT IS FURTHER ORDERED** that copies of the following documents be
16  served on Respondent by **personal delivery** or **certified mail**:
17     1. This Order; and
18     2. The Petition, Memorandum of Points and Authorities, and accompanying
19        Declaration.
20  Service may be made by any employee of the IRS or the United States Attorney's
21  Office.
22         **IT IS FURTHER ORDERED** that within fourteen (14) calendar days after
23  service upon Respondent of the herein described documents, Respondent shall file
24  and serve a written response, supported by appropriate sworn statements, as well as
25  any desired motions.  If, prior to the return date of this Order, Respondent files a
26  response with the Court stating that Respondent does not oppose the relief sought
27  in the Petition, nor wish to make an appearance, then the appearance of
28

1 | Respondent at any hearing pursuant to this Order to Show Cause is excused, and
2 | Respondent shall comply with the summons within ten (10) days thereafter.
3 |     **IT IS FURTHER ORDERED** that all motions and issues raised by the
4 | pleadings will be considered on the return date of this Order.  Only those issues
5 | raised by motion or brought into controversy by the responsive pleadings and
6 | supported by sworn statements filed within fourteen (14) calendar days after
7 | service of the herein described documents will be considered by the Court.  All
8 | allegations in the Petition not contested by such responsive pleadings or by sworn
9 | statements will be deemed admitted.

DATED: 5/28/10

PHILIP S. GUTIERREZ
_____

U.S. DISTRICT COURT JUDGE

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

/s/ *signature*

DANIEL LAYTON
Assistant United States Attorney
Attorneys for United States of America